UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SANDRA THOMPSON,

    Plaintiff,

v.                                            CASE NO. 6:10-cv-891-Orl-35KRS

THE COVELLI FAMILY LIMITED
PARTNERSHIP d/b/a Panera Bread,
KEN DEVINE, DUSTIN OEHLER,
and GAVIN FORD,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion to Strike affirmative defenses of Defendants Dustin Oehler and Gavin Ford (Dkt. 14), Plaintiff's Motion to Strike affirmative defenses of Defendants Ken Devine and Covelli Family Limited Partnership[1] (Dkt. 19), and Defendants' Response (Dkt. 21) in opposition thereto. For the reasons set forth below, Plaintiff's Motions are **GRANTED**.

The first defense offered by Defendants – that Plaintiff fails to state a prima facie claim – is a denial, not a defense, and shall be stricken. Defendants have withdrawn the defense of waiver raised in the ninth and twentieth affirmative defenses (Dkt. 21 at ¶¶ 4, 6.) Defendants failed to plead their fifth and eighteenth defenses and other aspects of their twentieth affirmative defense with supporting facts and failed to articulate any facts in support of these defenses in the memorandum in opposition to the Motions to Strike.

---

[1] The affirmative defenses asserted by all defendants are the same, and Plaintiff's motions to strike are identical. As such, the Court will consolidate its ruling on the parties' contentions.

1

Accordingly, it is hereby **ORDERED** that Plaintiff's motions to strike (Dkt. 14; Dkt. 19) are **GRANTED** without prejudice. Defendants may file amended answers and affirmative defenses within **fourteen (14) days** of the entry of this Order; however, **prior to doing so, the Court directs Defendants carefully to consider the possibility of sanctions under Rule 11, Fed. R. Civ. P., for the submission of pleadings (to include affirmative defenses) that are wholly without legal or factual bases.**

**DONE** and **ORDERED** in Orlando, Florida, on this 4th day of August 2010.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record